UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 3:18cr94/MCR

WILLIAM H. ENFINGER III
 and
ROBERT M. SMITH
_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the Defendants pursuant to Title 21, United States Code, Section 853, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One through Six of said indictment;

AND WHEREAS, between on or about October 1 - 12, 2018, the Defendants entered guilty pleas to the violations set forth in the indictment, and have consented to forfeiture with regard to the Defendants' interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty pleas and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 21 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of Defendants' right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

   **A. $2,314 in United States currency.**

3. That an order of preliminary forfeiture is hereby entered in favor of the United States against the Defendants pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED** this 17th day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**